In the Matter of the Probate of the Will of LEMUEL M. HART, Deceased.

LOU HART REES et al., Appellants; BENEDICT J. CARPENTER, as Executor, et al., Respondents.

*Matter of Hart (Will)*, 185 App. Div. 940, affirmed.
(Argued April 7, 1919; decided April 22, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1918, which unanimously affirmed a decree of the Westchester County Surrogate's Court admitting to probate the will of Lemuel M. Hart, deceased. Objections were filed to the effect that the alleged will was not the will of decedent, that it was not his free and unconstrained act, that it was not duly executed in conformity with the statute, and that said decedent was not of sound mind and memory or understanding.

*Clinton T. Taylor, Arthur I. Strang* and *Henry P. Griffin* for appellants.

*Frederick P. Close* for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.